No. 554, Misc. PRUITT v. OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 556, Misc. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 560, Misc. SPEARS v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 566, Misc. NEAL v. ILLINOIS ET AL. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 568, Misc. PAQUA v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 570, Misc. YOUNG ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 575, Misc. BENTLEY v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 576, Misc. IN RE OAKLEY. Supreme Court of California. Certiorari denied.

No. 580, Misc. TURNER v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 583, Misc. PENNSYLVANIA EX REL. MOORE v. TEES, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.